

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Panolam Industries International, Inc., ) | |
| Plaintiff, ) | Civil Action No. 3:03-cv-1047 (AWT) |
| ) | |
| v. ) | |
| ) | |
| Georgia-Pacific, ) | |
| ) | November 3, 2003 |
| Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL (Fed. R. Civ. P. 41(a)(1)(I)

TAKE NOTICE that Panolam Industries International, Inc., Plaintiff, Moves to dismiss this action without prejudice pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure.

Respectfully submitted,
Panolam Industries International, Inc.

Dated: 11/3/03

By _Richard D. Getz_
Richard D. Getz (ct23681)
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: (860) 549-5290
Fax: (860) 527-0464

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    11/21/03